





May 27, 2015

No. 04-14-00897-CV

IN THE ESTATE OF WILLIAM THOMAS BOOTH

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2012-PC-2786
Honorable Tom Rickhoff, Judge Presiding

## ORDER

In this Court's Order of April 14, 2015, appellate deadlines in this case were suspended until May 28, 2015, and the parties were ordered to mediation with Joseph Casseb. It has come to the Court's attention that the mediation is scheduled for June 9, 2015. Therefore, the appellate deadlines are suspended until **June 12, 2015**.

It is so **ORDERED** on May 27, 2015.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle, Clerk